# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-08-00196-CV

**The Eden State Bank, Appellant**

**v.**

**Colors In Optics, Ltd., Appellee**

**FROM THE DISTRICT COURT OF CONCHO COUNTY, 119TH JUDICIAL DISTRICT
NO. DAC-07-03912, HONORABLE BEN WOODWARD, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant, the Eden State Bank, has filed a motion to dismiss this accelerated appeal. Appellant states that it filed a suit against the appellee in the State of New York that renders moot the issues in this appeal. The appellee does not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed:   June 6, 2008